CECELIA LEBBY *v.* ATTORNEY GENERAL OF THE
STATE OF CONNECTICUT ET AL.
(AC 29532)

McLachlan, Gruendel and Lavine, Js.

Submitted on briefs September 12—officially released October 14, 2008

Per Curiam. The judgment is affirmed.

STEVEN GARY *v.* COMMISSIONER OF CORRECTION
(AC 28475)

DiPentima, Harper and Berdon, Js.

Argued September 25—officially released October 14, 2008

Per Curiam. The appeal is dismissed.

JOHN L. *v.* COMMISSIONER OF CORRECTION
(AC 28097)

DiPentima, Gruendel and Lavine, Js.

Argued September 22—officially released October 14, 2008

Per Curiam. The appeal is dismissed.